Chennor Marley Bah

Case # 1:18MT-PB3M

FILED

FEB - 5 2021

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Motion to Supplement reconsideration for com...

release.

I am requesting that you add this medical Triage form as additional Support Supplement of the pending Motion for my Reconsideration of compassionate release. Please file this evidence as part of my Motion to reconsider Compassionate release. As this evidence shows that my last lab result from Oct, 2020 my Viral load is at 730, which is an increase from 487 (3/18/2020). I Suffer from HBV. My Viral load has continued to rise and with the current outbreak here at FCI II Butner with over 100 + cases of the Coronavirus I am afraid I will contract the Covid 19 Virus which will put me at Grave danger. FCI II has not taken the proper steps to ensure my safety, they've failed Inspection recently and they have not given us proper Sanitary equipment. My HBV condition has become worse. I ask that you please Consider me for Compassionate release.

2/2/21

Chennor Marley Bah
91719-083
FCI II Butner
P.O. Box 1500
Butner N.C. 27509

# MEDICAL SICK CALL TRIAGE FORM

(Please fill out PRIOR to signing up in book for sick call)
Sick call held Monday, Tuesday, Thursday and Friday unless otherwise posted from 0630-0700.

NAME/Nombre: Chennor Bah

NUMBER/Numero: 91719-083

DATE/Fecha: 1/18/21

UNIT/Unidad: MC 24

JOB DETAIL/Trabajo: PJE

**WHAT IS YOUR MEDICAL ISSUE?**
(Que preocupacion medical lo trajo hoy al llamado de enfermedad?)

I would like to know my Lab results that I took at Duke Health on 1/11/21.

Thank you

VITAL SIGNS: B/P _____ HR _____ R _____ O2 _____ Temp _____

**Provider Notes:**

We have not received any results from Duke Health. Dr. Abrol has ordered more labs and liver ultra sound. Your las viral load was 730 on 10/2020. We will inform any abnormal results. Check with us via sick call after you have the testing done. Thanks.

PA-1 Rodriguez NP-C