Chennor Bah 91719-083
FCI II
Po Box 1500
Butner NC 27509

2/4/21

RECEIVED MAILROOM
FEB - 8 2021

1:18-Cr-58

CLERK U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

The Honorable Liam O'Grady:

My name is Chennor Marley Bah, I am writing you this letter to inform you of the dire conditions of Covid-19 here at FCI II Butner. Since December 31st 2020 when we were issued a stay-in shelter in General Population over 300 people here at this prison have been infected and at least 2 people have died of Covid-19. Medical staff walks around the unit 2 times a week and ask's us if we are "ok". There is no mass testing being administered to determine who has the virus and who doesn't instead we are just being asked are we "ok". I asked one of the nurses about guys that are asymptomatic and how would they know if they have the virus without being tested for it? She told me "that was above her pay grade". We have not been given the proper sanitary equipment that we need to combat this virus. We have access to a limited supply of Virex when we are out of our cell every other day for 2 hours. We have no hand sanitizer or the frequent exchange of masks. There is a positive case in my unit as I am writing you this letter. They are not removing the ones who test positive from the unit, it is a proven fact that the virus can travel through the ventilation, and the ventilation system here in my unit is not the best. We are stuck with the ones with the virus. As of right now 2 of the 3 variants of Covid-19 have been found here in North Carolina. It could be here at FCI II, we wouldn't know because the proper tests are not administered. I suffer from liver disease and it is uncurrable. I ask that you please grant my Motion to reconsider Compassionate Release. So I may be able to properly protect myself against this pandemic, of Covid-19. Thank you for your time

Chennor Bah
91719-083