Case # 1:18-cr-58

RECEIVED MAILROOM
FEB 2 3 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

The Honorable: Liam O'Grady,

My name is Chennor Marley Bah and I am writing you this letter because the conditions in my unit has worsen, and it seems to get worse by the day. As of right now there are 18 active cases with the guys in my unit. The Prison staff is not removing the guys with the active cases out of the unit, they are just being left in their cells to quarantine. The virus is traveling through the ventilation system. As one of the nurses just informed me (P.A. Lecure) the BOP is not authorizing mass testing of inmates unless conditions are worse. This is an outbreak in my unit, how worse does it have to get? Does someone have to die first in my unit before they take the proper precaution to ensure our safety. There are guys in my unit that are sick with the virus but won't report their symptoms, so that makes the situation even more dire because now we do not know who has it and who doesn't, but without the BOP testing us there is no way to slow the spread of the virus. I suffer from Hep B virus that is uncurrable which makes me even more susepitible to death if I contract the Covid-19 virus. The BOP hasn't given us any PPE except for masks which hasn't been changed out in months. Its bad in here your honor. Please consider my motion to Reconsider Compassionate Release. I was sentenced to 120 months which was a madatory min. I was sentenced to time not death by a deadly disease. Thank you for your time and patience.

Chernor Marley Bah
91719-083

Chennor Bah 91719-083
Name:                Number:
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509



RALEIGH NC 275
Research Triangle Region
18 FEB 2021 PM 1 L

The Honorable Liam O'Grady
401 Courthouse Square
Alexandria VA, 22314

22314-570499